ACCEPTED
03-14-00198-CV
3904930
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 4:47:53 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00198-CV

| | | |
|---|---|---|
| CITY OF NEW BRAUNFELS, TEXAS,<br>*Appellant,* | § § § | IN THE COURT OF APPEALS |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| V. | § | 1/26/2015 4:47:53 PM |
| | § | JEFFREY D. KYLE<br>Clerk |
| STOP THE ORDINANCES, PLEASE;<br>W.W.GAF, INC., D/B/A ROCKING' R<br>RIVER RIDES; TEXAS TUBES; TOURIST<br>ASSOCIATED BUSINESSES OF COMAL<br>COUNTY; UNION RIVER, LLC, D/B/A<br>LANDA RIVER TRIPS; CHUCK'S TUBES;<br>WATERPARK MANAGEMENT, INC.;<br>TRI-CITY DISTRIBUTORS, LP AND<br>STONE RANDALL WILLIAMS,<br>*Appellees.* | § § § § § § § § § § § | THIRD DISTRICT OF TEXAS<br><br><br><br><br><br>AUSTIN, TEXAS |

## APPELLEES' MOTION TO RESET ORAL ARGUMENT

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellees ask the Court to reset oral argument.

### A. INTRODUCTION

1.     Appellant is City of New Braunfels, Texas; Appellees are STOP The Ordinances, Please; W.W.GAF, Inc., d/b/a Rocking' R River Rides; Texas Tubes; Tourist Associated Businesses of Comal County; Union River, LLC, d/b/a Landa River Trips; Chuck's Tubes; Waterpark Management, Inc.; Tri-City Distributors, LP and Stone Randall Williams.

2.     This appeal is scheduled for oral argument on February 11, 2015, at 1:30 p.m.

3.     Appellee has attempted to obtain agreement but Appellant's counsel has not been able to agree or disagree with this Motion as of today.

### B. ARGUMENT & AUTHORITIES

4.     The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument.

5. Appellees ask the Court to reset oral argument in this case because Appellees' lead attorney, James B. Ewbank, II, cannot attend oral argument on the date presently scheduled for argument.

6. On the date scheduled for argument, James B. Ewbank, II, is scheduled to be in trial as lead counsel in the Court of Common Pleas before Judge John A. Enlow, Courtroom #2, in Portage County, Ohio, *Amanda Linna et al v. Robert Lewis et al*, Cause No. 2008 CV 01519. A copy of the Notice of Hearing setting the Civil Jury Trial is attached hereto as **Exhibit A-1**. This matter has been set for trial since July 30, 2014. No other attorney is available to take over the trial, and try the matter as lead counsel, within two weeks.

7. James B. Ewbank, II is the only attorney for Appellees who has been significantly involved in the extensive and protracted dispute between the parties since its inception. No other attorney in the firm is able to argue this case because no other attorney is familiar with the history and detailed facts of the case.

8. Oral argument is necessary for the proper presentation of this case because oral argument will facilitate the Court's understanding of the complex facts and issues in the case.

9. No motion to reset oral argument has been granted in this case.

10. Appellees attach an affidavit to this motion to establish facts that are not included in the appellate record, are not known to the Court in its official capacity, and are not within the personal knowledge of the attorney signing this motion. *See* Affidavit of James B. Ewbank, II, which is attached hereto as **Exhibit A**. Tex. R. App. P. 10.2.

## C. PRAYER

11. For these reasons, Appellees ask the Court to grant this motion and to reschedule the oral argument in this case.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
1210 Nueces St.
Austin, Texas 78701
(512) 476-1080 (Office)
(512) 476-7770 (Fax)


By  */s/ James B. Ewbank, II*
　　JAMES B. EWBANK II
　　State Bar No. 06752710
　　jewbank@cbylaw.com
　　JACK QUENTIN NICHOLS
　　State Bar No. 24002692
　　jnichols@cbylaw.com

ATTORNEYS FOR APPELLEES


## CERTIFICATE OF CONFERENCE

On January 26, 2015, the undersigned counsel attempted to conferred with William M. McKamie, counsel for Appellant who indicated that he is unable to agree or disagree as to this motion.


*/s/ James B. Ewbank, II*
JAMES B. EWBANK, II

## CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2015, I served a copy of *Appellees' Motion to Reset Oral Argument* on the parties listed below by electronic service and that the electronic transmission was reported as complete. My email address is jewbank@cbylaw.com.

*ATTORNEYS FOR APPELLANT*
William M. McKamie
MCKAMIE KRUEGER, LLP
941 Proton Road
San Antonio, Texas 78258
(210) 546-2122 (Office)
(210) 546-2130 (Fax)
mick@mckamiekrueger.com

*/s/ James B. Ewbank, II*
JAMES B. EWBANK, II

| | | |
|---|---|---|
| CITY OF NEW BRAUNFELS, TEXAS, | § | IN THE COURT OF APPEALS |
| *Appellant,* | § | |
| | § | |
| V. | § | |
| | § | |
| STOP THE ORDINANCES, PLEASE; | § | |
| W.W.GAF, INC., D/B/A ROCKING' R | § | THIRD DISTRICT OF TEXAS |
| RIVER RIDES; TEXAS TUBES; TOURIST | § | |
| ASSOCIATED BUSINESSES OF COMAL | § | |
| COUNTY; UNION RIVER, LLC, D/B/A | § | |
| LANDA RIVER TRIPS; CHUCK'S TUBES; | § | |
| WATERPARK MANAGEMENT, INC.; | § | |
| TRI-CITY DISTRIBUTORS, LP AND | § | |
| STONE RANDALL WILLIAMS, | § | |
| *Appellees.* | § | AUSTIN, TEXAS |

---

## AFFIDAVIT OF JAMES B. EWBANK, II IN SUPPORT OF APPELLEES' MOTION TO RESET ORAL ARGUMENT

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared James B. Ewbank, II, a person known to me, who, after being duly sworn, stated and deposed as follows:

"My name is James B. Ewbank, II. I am over twenty-one (21) years of age, have never been convicted of a felony, and am competent to make this affidavit. All the matters stated herein are true and correct within my personal knowledge.

"I am lead counsel for Appellees in the above-numbered and titled cause. The parties to this cause have a long history of evolving and protracted litigation. I have been representing Appellees in parallel matters involving the same or similar disputes between the parties since 2007. This appeal is just one part of ongoing and complex litigation. I believe that due to the complex issues involved in the appeal, oral argument is essential.

"On January 22, 2015, I received notification that the above-titled and numbered cause had been set for submission and oral argument on February 11, 2015.

**EXHIBIT A**

"I am currently set for trial in Ohio as lead counsel in the case of *Amanda Linna et al v. Robert Lewis et al*, Cause No. 2008 CV 01519, Enlow, Courtroom #2, in Portage County, Ohio on February 9, 2015. Exhibit 1. That trial date was set over six months ago, on July 30, 2014. Exhibit 1. A copy of the notice of hearing is attached hereto as Exhibit 1 and is incorporated for all purposes.

"I am the only counsel for the Defendant in the case who is sufficiently familiar with the facts and issues presented to try the case. There have not been any motions for continuance filed and none are anticipated. The case has been pending for a significant amount of time and is ready to be heard. I anticipate that the trial will last two weeks, beginning on February 9, 2015 and ending on February 20, 2015.

"This is Appellees' first Motion to Reset Oral Argument. This request is not for delay only, but so that justice may be done."

FURTHER AFFIANT SAYETH NOT.

_____
JAMES B. EWBANK, II

SUBSCRIBED AND SWORN TO BEFORE ME by the said James B. Ewbank, II on this 26th day of January, 2015.

LOIS E. GARDNER
MY COMMISSION EXPIRES
September 18, 2015

_____
Notary Public in and for the State of Texas

FILED
COURT OF COMMON PLEAS

30 July 2014

LINDA K. FANKHAUSER, CLERK
PORTAGE COUNTY, OHIO

JAMES EWBANK
1210 NUECES ST
AUSTIN TX 78701

# NOTICE OF HEARING

AMANDA LINNA et al                    CASE: 2008 CV 01519

      PLAINTIFF

VS.

ROBERT LEWIS et al

      DEFENDANT

**CIVIL JURY TRIAL** IN THE ABOVE ENTITLED CASE HAS BEEN SCHEDULED

ON **February 09, 2015** AT **8:30 am** BEFORE JUDGE JOHN A ENLOW,

COURTROOM #2.

VICKI BENNETT
ASSIGNMENT COMMISSIONER
COMMON PLEAS COURT
330-297-3858

CC:   HANK F MEYER
STUART E SCOTT
WILLARD HANNER
MICHAEL A HILL
DENNIS ROBERT LANSDOWNE
BRENT S SILVERMAN
FRANK LEONETTI III
RAFAEL P MCLAUGHLIN

**EXHIBIT A-1**

**SCANNED**